UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES G. SOUTHARD JR,<br><br>                Plaintiff,<br><br>    v.<br><br>MARY SCOTT,<br><br>                Defendant. | CASE NO. C13-5718 RBL-KLS<br><br>ORDER |

This matter has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court upon plaintiff's motion for an extension of time to respond to a motion to dismiss. (Dkt. 19). After reviewing plaintiff's motion and the balance of the record, the Court finds and ORDERS as follows:

Jail officials transferred plaintiff to the Department of Corrections while defendants' motion to dismiss was pending. Plaintiff informed the Court of this transfer in writing on November 26, 2013. (Dkt. 18). Prison officials transferred plaintiff from the Washington Corrections Center to the Washington State Penitentiary and plaintiff informed the Court of this transfer in writing on December 30, 2013. (Dkt. 20). Transfer from one facility to another normally involves separation of the inmate from his legal files for a period of time. Plaintiff has shown good cause for an extension of time to file a response to the pending motion to dismiss.

1 | Accordingly, plaintiff's motion for an extension of time to file a response (Dkt. 19)
2 | hereby is **GRANTED**. Plaintiff's response must be filed on or before February 14, 2014.
3 | Defendants' reply must be filed on or before February 21, 2014. The Clerk's Office is directed to
4 | re-note defendants' motion to dismiss, (Dkt. 12), for February 21, 2014.
5 | The Clerk is directed to send a copy of this Order to Plaintiff.
6 | Dated this 7 day of January, 2014.

Karen L. Strombom
United States Magistrate Judge