1 | HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES G SOUTHARD JR,

        Plaintiff,

v.

MARY SCOTT, MIGUEL BALDERAMA, JULIETTE POHL-Y-BACA, NOOR A AAF,

        Defendants.

CASE NO. C13-5718 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the petition, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, and the remaining record, does hereby find and Order:

    1)    The Court adopts the Report and Recommendation;

    2)    The Court grants Defendants' motion to dismiss, but gives Plaintiff thirty days from entry of this order to file an Amended Complaint

    3)    Because Plaintiff is granted leave to amend, his motion for an extension of time (Dkt. #26) is DENIED as moot;

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1

4)  The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

Dated this 24th day of April, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION- 2